UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL NO. _OSCR1807-L_ | |
| Plaintiff ) | _08MJ1519-AJB_ | |
| ) | ORDER | |
| vs. ) | RELEASING MATERIAL WITNESS | |
| _Jose Ramon Valadez, et al_ ) | | |
| ) | Booking No. | |
| Defendant(s) ) | | |

On order of the United States District/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody:   (Bond Posted / Case Disposed / (Order of Court)).

_Amelia Perez-Campos_

DATED: _6/3/08_

ANTHONY J. BATTAGLIA

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
    DUSM

OR

W. SAMUEL HAMRICK, JR.   Clerk

by _/s/ J. Maduen_   J. MADUEN
Deputy Clerk