```
                    UNITED STATES DISTRICT COURT

                   SOUTHERN DISTRICT OF CALIFORNIA
```

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 08CR1807-L |
| Plaintiff, ) ) | I N F O R M A T I O N |
| v. ) ) | Title 8, U.S.C., |
| JOSE RAMON VALADEZ (1), ) OCTAVIO SIXTO (2), ) JOSE LUIS OROZCO-DIAZ (5), ) ) | Secs. 1324(a)(1)(A)(ii) and (v)(II) - Transportation of Illegal Aliens and Aiding and Abetting; |
| Defendants. ) | |

The United States Attorney charges:

On or about May 14, 2008, within the Southern District of California, defendants JOSE RAMON VALADEZ, OCTAVIO SIXTO, and JOSE LUIS OROZCO-DIAZ, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Miguel Angel Torres-Servin, had come to, entered and remained in the United States in violation of law, did transport and move, or attempt to transport or move said alien within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and (v)(II).

DATED: 6/3/08.

KAREN P. HEWITT
United States Attorney

W. MARK CONOVER
Assistant U.S. Attorney