# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CASE NUMBER **08CR1807-L** |
| vs ) | ABSTRACT OF ORDER |
| ) | Booking No. **08521298** |
| **Octavio Sixto (2)** ) | |

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of **8/18/08**
the Court entered the following order:

_**X**_  Defendant be released from custody.

_____  Defendant placed on supervised / unsupervised probation / supervised release.

_____  Defendant continued on supervised / unsupervised probation / supervised release and released from custody.

_____  Defendant released on $_____ bond posted.

_____  Defendant appeared in Court. FINGERPRINT & RELEASE.

_____  Defendant remanded and (_____ bond) (_____ bond on appeal) exonerated.

_**X**_  Defendant sentenced to TIME SERVED, supervised release for **3** years.

_____  c.c. judgment Court of Appeals (_____ affirming) (_____ reversing) decision of this Court:
_____ dismissing appeal filed.

_____  Bench Warrant Recalled.

_____  Defendant forfeited collateral.

_____  Case Dismissed.

_____  Defendant to be released to Pretrial Services for electronic monitoring.

_**X**_  Other. **report to probation upon release**

M. JAMES LORENZ
UNITED STATES ~~MAGISTRATE~~ JUDGE
**District**
OR
W. SAMUEL HAMRICK, JR.  Clerk
by
S. Volkert
Deputy Clerk

Received _____ DUSM

Crim-9 (Rev 6-95)

S. VOLKERT

★ U.S. GPO: 1996-783-398/40151

CLERKS' COPY